**Order entered October 10, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00300-CV

### LYNNE DUGGAN, Appellant

### V.

### TANGLEWOOD VILLA OWNERS ASSOCIATION, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2015-1-091CV**

## ORDER

Before the Court is appellant's October 6, 2016 "Motion to Extend Time to File Brief to Obtain Counsel." We **GRANT** the motion to the extent that appellant shall file a brief by **NOVEMBER 9, 2016**. No further extension will be granted absent extenuating circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE